UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:96-00008 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| MICHAEL L. SIMS | ) | |

ORDER

Pending before the Court is the Defendant's Response To The Government Opposition

To "Early Termination Of Supervised Release" (Docket No. 388). Through the filing, the

Defendant supplements the arguments made in his Motion For An Order For Early Termination

Of Supervision (Docket No. 382). In an Order entered on February 13, 2014 (Docket No. 387),

the Court denied the Defendant's Motion.

The Court has fully considered the arguments set forth in Defendant's Response (Docket

No. 388), but is not persuaded that its prior order was in error.

It is so ORDERED.

_____

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE